UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>BLATA, JOSEF<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   12-19505<br><br>Chapter: 7<br>Honorable Jack B. Schmetterer |

## NOTICE TO WITHDRAW FINAL REPORT

This is a notice to withdraw the final report.

Enter:

Dated:                                                                                       United States Bankruptcy Judge

**Prepared by:**
Andrew J. Maxwell (1799150)
MAXWELL LAW GROUP, LLC.
105 West Adams Street
Suite 3200
Chicago, Illinois 60603
(312)368-1138

Rev: 20130103_bko