**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| | | |
|---|---|---|
| Case No: | 12-19505 -JBS | |
| Case Name: | BLATA, JOSEF | |
| Taxpayer ID No: | *******5224 | |
| For Period Ending: | 02/19/13 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******8413 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/10/12 | 10 | United State Treasury | tax refund | 1224-000 | 4,583.00 | | 4,583.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.07 | 4,580.93 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,570.93 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 4,583.00 | 12.07 | 4,570.93 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,583.00 | 12.07 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,583.00 | 12.07 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8413 | 4,583.00 | 12.07 | 4,570.93 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 4,583.00 | 12.07 | 4,570.93 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    4,583.00    12.07