# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                               §
                                     §
                                     §
BLATA, JOSEF                         §   Case No. 12-19505
                                     §
                    Debtor(s)        §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/14/2012. The undersigned trustee was appointed on 05/14/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      4,583.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim disbursement | 0.00 |
    | Administrative expenses | 0.00 |
    | Bank service fees | 12.07 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1]    $ | 4,570.93 |

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/05/2012 and the deadline for filing governmental claims was 11/05/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,145.75 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,145.75 , for a total compensation of $ 1,145.75 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/15/2013                    By: /s/ANDREW J. MAXWELL, TRUSTEE
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:  12-19505  JBS  Judge: JACK B. SCHMETTERER  
Case Name: BLATA, JOSEF  
For Period Ending: 12/31/12  

Trustee Name: ANDREW J. MAXWELL, TRUSTEE  
Date Filed (f) or Converted (c): 05/14/12 (f)  
341(a) Meeting Date: 07/09/12  
Claims Bar Date: 11/05/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account at Chase | 500.00 | 0.00 | | 0.00 | FA |
| 2. Business checking account in debtor's name at Chas | 500.00 | 0.00 | | 0.00 | FA |
| 3. Checking account at Lake Shore Community Bank (Neg | 0.00 | 0.00 | | 0.00 | FA |
| 4. General and ordinary household goods and furnishin | 500.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. Self employed contractor Value in debtor's labor o | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2004 Dodge Ram Pick-up truck with aprox. 100,000 m | 2,000.00 | 600.00 | | 0.00 | FA |
| 8. 2005 Nissan Murano with aprox. 110,000 miles | 4,000.00 | 0.00 | | 0.00 | FA |
| 9. General contractor tools (used) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. 2011 Tax Refund (u) | 0.00 | 4,583.00 | | 4,583.00 | 0.00 |

TOTALS (Excluding Unknown Values)  $9,000.00  $5,183.00    $4,583.00  $0.00  
Gross Value of Remaining Assets  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14  Current Projected Date of Final Report (TFR): 12/31/14

LFORM1  **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*  Ver: 17.01

Page: 1

Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-19505 -JBS |
|---|---|
| Case Name: | BLATA, JOSEF |
| Taxpayer ID No: | *******5224 |
| For Period Ending: | 12/31/12 |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8413 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/12 | 10 | United State Treasury | tax refund | 1224-000 | 4,583.00 | | 4,583.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 4,583.00 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 |
| Subtotal | | 4,583.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| Net | | 4,583.00 | 0.00 |

|  |  |  | ACCOUNT |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8413 | 4,583.00 | 0.00 | 4,583.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    4,583.00    0.00

LFORM24    **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

Ver: 17.01

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 15, 2013 |
|---|---|---|---|---|---|---|

Case Number:  12-19505  
Debtor Name:  BLATA, JOSEF

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $3,891.04 | $0.00 | $3,891.04 |
| 000002<br>070<br>7100-00 | FIFTH THIRD BANK<br>9441 LBJ FREEWAY,SUITE 350<br>DALLAS,TEXAS 75243 | Unsecured | | $6,398.25 | $0.00 | $6,398.25 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for<br>AIS Recovery Solutions, LLC<br>PO Box 269043<br>Oklahoma City, OK 73126-9043 | Unsecured | | $545.31 | $0.00 | $545.31 |
| 000004<br>070<br>7100-00 | Radka Holkova<br>700 Prospect Manner<br>Mount Prospect, Illinois 60056 | Unsecured | | $2,400.00 | $0.00 | $2,400.00 |
| | Case Totals: | | | $13,234.60 | $0.00 | $13,234.60 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-19505
Case Name: BLATA, JOSEF
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

      Balance on hand      $     4,570.93

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,145.75 | $ 0.00 | $ 1,145.75 |

    Total to be paid for chapter 7 administrative expenses     $     1,145.75
    Remaining Balance     $     3,425.18

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

   Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,234.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | $ 3,891.04 | $ 0.00 | $ 1,007.02 |
| 000002 | FIFTH THIRD BANK | $ 6,398.25 | $ 0.00 | $ 1,655.90 |
| 000003 | American InfoSource LP as agent for | $ 545.31 | $ 0.00 | $ 141.13 |
| 000004 | Radka Holkova | $ 2,400.00 | $ 0.00 | $ 621.13 |

Total to be paid to timely general unsecured creditors    $ 3,425.18

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                          Case No. 12-19505-JBS
Josef Blata                                                     Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: cmendoza1            Page 1 of 2           Date Rcvd: Feb 19, 2013
                             Form ID: pdf006            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
db          +Josef Blata,    700 N. Prospect Manor Avenue,    Mount Prospect, IL 60056-2052
18903641     AT & T,    c/o CBCS,    PO Box 163250,   Columbus, OH 43216-3250
19290715    +Atlas Acquisitions LLC  (HSBC Bank Nevada Natio),    294 Union St.,   Hackensack, NJ 07601-4303
18903642    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18903645    +Chase,    10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
19315872    +FIFTH THIRD BANK,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
18903646    +Fifth Third Bank,    5050 Kingsley Dr,   Cincinnati, OH 45227-1115
18903650    +Pierce & Assoc.,    1 N. Dearborn, Unit 1300,    Chicago, IL 60602-4373
19946993    +Radka Holkova,    700 Prospect Manner,   Mount Prospect, Illinois 60056-2052
18903651    +Seterus,    14523 Sw Millikan Way St,   Beaverton, OR 97005-2352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19658377     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2013 04:54:28
              American InfoSource LP as agent for,    AIS Recovery Solutions, LLC,    PO Box 269043,
              Oklahoma City, OK  73126-9043
19088396    +E-mail/Text: bnc@atlasacq.com Feb 20 2013 04:39:00     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
18949979     E-mail/Text: ECF@SHERMETA.COM Feb 20 2013 04:49:17     JPMorgan Chase Bank, N.A.,
              c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,   Rochester Hills, MI  48308-0908
18903647    +E-mail/Text: ebnsterling@weltman.com Feb 20 2013 04:21:41     Jared-Galleria Of Jwlr,
              375 Ghent Rd,    Fairlawn, OH 44333-4601
18903648    +E-mail/Text: resurgentbknotifications@resurgent.com Feb 20 2013 04:36:58     Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
18903649    +E-mail/Text: bankrup@aglresources.com Feb 20 2013 04:20:36     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
18903652    +E-mail/Text: BKRMailOps@weltman.com Feb 20 2013 04:47:10     Weltman Weinberg & Reis,
              180 N. LaSalle Street, Suite 240,    Chicago, IL 60601-2704
18903654    +E-mail/Text: BKRMailOps@weltman.com Feb 20 2013 04:47:10     Weltman, Weinburg & Reis Co., LPA,
              323 W. Lakeside Ave., Ste. 200,    Cleveland, OH 44113-1099
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18903643*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18903644*   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18903653*   +Weltman Weinberg & Reis,    180 N. LaSalle Street, Suite 240,   Chicago, IL 60601-2704
                                                                                  TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**                  **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: cmendoza1              Page 2 of 2                   Date Rcvd: Feb 19, 2013
                               Form ID: pdf006              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2013 at the address(es) listed below:
          Alexey Y Kaplan    on behalf of Debtor Josef  Blata alex@alexkaplanlegal.com
          Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
           amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
          Andrew J Nelson    on behalf of Creditor    Seterus, Inc. as servicer for Fannie Mae
           anelson@atty-pierce.com,    northerndistrict@atty-pierce.com
          Christopher M Brown    on behalf of Creditor    Seterus, Inc. as servicer for Fannie Mae
           northerndistrict@atty-pierce.com,    cbrown@atty-pierce.com
          Nicole A Elipas    on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
           maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                        TOTAL: 6