UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                              §
                                    §
BLATA, JOSEF                        §      Case No. 12-19505
                                    §
            Debtor(s)               §

AMENDED NOTICE OF FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE U.S. BANKR. CT
          219 S. DEARBORN STREET
          7TH FLOOR
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/19/2013 in Courtroom 682,
          United States Courthouse
          219 South Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/19/2013          By: /s/ Andrew J. Maxwell
                                                                                   Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BLATA, JOSEF § Case No. 12-19505
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,583.00 |
| and approved disbursements of | $ | 12.07 |
| leaving a balance on hand of[1] | $ | 4,570.93 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,145.75 | $ 0.00 | $ 1,145.75 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,145.75 |
| Remaining Balance | $ | 3,425.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,234.60  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | $ 3,891.04 | $ 0.00 | $ 1,007.02 |
| 000002 | FIFTH THIRD BANK | $ 6,398.25 | $ 0.00 | $ 1,655.90 |
| 000003 | American InfoSource LP as agent for | $ 545.31 | $ 0.00 | $ 141.13 |
| 000004 | Radka Holkova | $ 2,400.00 | $ 0.00 | $ 621.13 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,425.18 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                            Case No. 12-19505-JBS
Josef Blata                                                       Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: cmendoza1              Page 1 of 2              Date Rcvd: Feb 20, 2013
                             Form ID: pdf006              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2013.
db           +Josef Blata,   700 N. Prospect Manor Avenue,   Mount Prospect, IL 60056-2052
18903641      AT & T,   c/o CBCS,   PO Box 163250,   Columbus, OH 43216-3250
19290715     +Atlas Acquisitions LLC  (HSBC Bank Nevada Natio),   294 Union St.,   Hackensack, NJ 07601-4303
18903642     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18903645     +Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
19315872     +FIFTH THIRD BANK,   9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
18903646     +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
18903650     +Pierce & Assoc.,   1 N. Dearborn, Unit 1300,   Chicago, IL 60602-4373
19946993     +Radka Holkova,   700 Prospect Manner,   Mount Prospect, Illinois 60056-2052
18903651     +Seterus,   14523 Sw Millikan Way St,   Beaverton, OR 97005-2352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19658377      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2013 04:21:54
              American InfoSource LP as agent for,   AIS Recovery Solutions, LLC,   PO Box 269043,
              Oklahoma City, OK  73126-9043
19088396     +E-mail/Text: bnc@atlasacq.com Feb 21 2013 04:11:14     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
18949979      E-mail/Text: ECF@SHERMETA.COM Feb 21 2013 05:02:10     JPMorgan Chase Bank, N.A.,
              c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI  48308-0908
18903647     +E-mail/Text: ebnsterling@weltman.com Feb 21 2013 04:07:02     Jared-Galleria Of Jwlr,
              375 Ghent Rd,   Fairlawn, OH 44333-4601
18903648     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 21 2013 04:05:38     Lvnv Funding Llc,
              Po Box 740281,   Houston, TX 77274-0281
18903649     +E-mail/Text: bankrup@aglresources.com Feb 21 2013 04:05:53     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
18903652     +E-mail/Text: BKRMailOps@weltman.com Feb 21 2013 05:00:50     Weltman Weinberg & Reis,
              180 N. LaSalle Street, Suite 240,   Chicago, IL 60601-2704
18903654     +E-mail/Text: BKRMailOps@weltman.com Feb 21 2013 05:00:50     Weltman, Weinburg & Reis Co., LPA,
              323 W. Lakeside Ave., Ste. 200,   Cleveland, OH 44113-1099
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18903643*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18903644*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18903653*    +Weltman Weinberg & Reis,   180 N. LaSalle Street, Suite 240,   Chicago, IL 60601-2704
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2013**                       **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2                  Date Rcvd: Feb 20, 2013
                              Form ID: pdf006              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2013 at the address(es) listed below:

  Alexey Y Kaplan  on behalf of Debtor Josef  Blata alex@alexkaplanlegal.com
  Andrew J Maxwell, ESQ  maxwelllawchicago@yahoo.com,
   amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;cjcapo@maxwellandpotts.com
  Andrew J Nelson  on behalf of Creditor   Seterus, Inc. as servicer for Fannie Mae
   anelson@atty-pierce.com,    northerndistrict@atty-pierce.com
  Christopher M Brown  on behalf of Creditor   Seterus, Inc. as servicer for Fannie Mae
   northerndistrict@atty-pierce.com,    cbrown@atty-pierce.com
  Nicole A Elipas  on behalf of Trustee Andrew J Maxwell, ESQ naelipas@maxwellandpotts.com,
   maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
  Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
                         TOTAL: 6